UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | (Chapter 7) |
| | : | |
| THE NASH ENGINEERING COMPANY, | : | CASE NO. 21-50644-JAM |
| | : | |
| Debtor. | : | June 14, 2023 |
| | : | |
| | : | |

**NOTICE OF FILING OF ASBESTOS PERSONAL INJURY CLAIMANTS'
STATEMENTS OF SUPPORT FOR TRUSTEE'S APPLICATION TO EMPLOY
ANKURA CONSULTING GROUP LLC AS EXPERT**

George I. Roumeliotis, the duly appointed Chapter 7 Trustee of the above-captioned bankruptcy estate, hereby provides notice of filing of Statements of Support by Asbestos Personal Injury Claimants for the Application to Employ Ankura Consulting Group LLC as Expert filed by the Trustee on May 5, 2023 (ECF No. 220).

                        Respectfully submitted,

                        GEORGE I. ROUMELIOTIS, CHAPTER 7 TRUSTEE

                        By his counsel,

                        */s/ Taruna Garg*
                        Daniel C. Cohn, Esq. (*pro hac vice admitted*)
                        Taruna Garg, Esq. (ct28652)
                        Murtha Cullina LLP
                        107 Elm Street
                        Stamford, CT 06902
                        Telephone: (203) 653-5400
                        dcohn@murthalaw.com
                        tgarg@murthalaw.com

12913533v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, a true and correct copy of this notice has been filed electronically and served by ECF upon all appearing parties via the Court's electronic system.

/s/ *Taruna Garg*
Taruna Garg, Esq. (ct28652)