UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | (Chapter 7) |
| | : | |
| THE NASH ENGINEERING COMPANY, | : | CASE NO. 21-50644-JAM |
| | : | |
| Debtor. | : | July 6, 2023 |
| | : | |
| | : | |

**NOTICE OF FILING OF ASBESTOS PERSONAL INJURY CLAIMANTS'
STATEMENTS OF SUPPORT FOR TRUSTEE'S APPLICATION TO EMPLOY
ANKURA CONSULTING GROUP LLC AS EXPERT**

George I. Roumeliotis, the duly appointed Chapter 7 Trustee of the above-captioned bankruptcy estate, hereby provides notice of filing of a Statement of Support by Asbestos Personal Injury Claimants for the Application to Employ Ankura Consulting Group LLC as Expert filed by the Trustee on May 5, 2023 (ECF No. 220).

Respectfully submitted,

GEORGE I. ROUMELIOTIS, CHAPTER 7 TRUSTEE

By his counsel,

 /s/ Taruna Garg
Daniel C. Cohn, Esq. (*pro hac vice admitted*)
Taruna Garg, Esq. (ct28652)
Murtha Cullina LLP
107 Elm Street
Stamford, CT 06902
Telephone: (203) 653-5400
dcohn@murthalaw.com
tgarg@murthalaw.com

12913533v3

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, a true and correct copy of this notice has been filed electronically and served by ECF upon all appearing parties via the Court's electronic system.

                                      /s/ *Taruna Garg*
                                      Taruna Garg, Esq. (ct28652)