UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | (Chapter 7) |
| | : | |
| THE NASH ENGINEERING COMPANY, | : | CASE NO. 21-50644-JAM |
| | : | |
| Debtor. | : | SEPTEMBER 13, 2023 |
| | : | |
| | : | |

**AMENDED CREDITOR LIST OF PERSONAL INJURY CLAIMANTS**
(Updated through September 8, 2023)

Pursuant to the Order Granting in Part Motion for Order to Establish Procedures for Service Upon Personal Injury Claimants entered on August 11, 2023 [ECF No. 244] (the "Service Procedures Order") and the Order Supplementing the Service Procedures Order entered on September 12, 2023 [ECF No. 258], appended hereto is an Amended Creditor List of addresses received by the Trustee of personal injury claimants for whom a proper service address has been established in accordance with the Service Procedures Order as of the close of business on September 8, 2023.[1] Because there can be a short gap between the time the Trustee receives an updated address and the time that such information is reflected in an Amended Creditor List, the Trustee invites any party in interest who intends to serve a notice or pleading on asbestos personal injury claimants to contact his counsel concerning whether any new information has been received since the attached Amended Creditor List was compiled. In addition, at the request of any party in interest, the Trustee's counsel will make the Amended Creditor List available to such party in electronic form to facilitate service.

---

[1] For the convenience of the Court and parties-in-interest, appended to the Amended Creditor List is a separate list consisting primarily of non-personal injury creditors (such as defense counsel to the Debtor) who have filed proofs of claim or are listed on the Debtor's schedules.

13072920v1

Respectfully submitted,

GEORGE I. ROUMELIOTIS, CHAPTER 7 TRUSTEE
By his counsel,

  /s/ *Taruna Garg*
Daniel C. Cohn, Esq. (*pro hac vice admitted*)
Taruna Garg, Esq. (ct28652)
Murtha Cullina LLP
107 Elm Street
Stamford, CT 06902
Telephone: (203) 653-5400
dcohn@murthalaw.com
tgarg@murthalaw.com

**PERSONAL INJURY CLAIMANTS**

Akin, Dudley D.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main Street
Edwardsville, IL 62025

Allen, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Atkinson, Steven, Ex'r of the Est. of
Atkinson, James, F.
Benjamin P. Shein, Esq.
Shein Law Center
121 S. Broad St., 21st Flr.
Philadelphia, PA 19107

Baehr, Joseph
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Barthelmess, Richard
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Batch, Carol as Ex'x for the Est. of Batch,
Gary and Batch, Carol
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Beaubien, Thomas
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Beauchamp, Jerome E
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main Street
Edwardsville, IL 62025

Becton, James
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Beerman, Henry
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Bell, Larry J.
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Bellino, Susanna
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Bennett, Joseph P., Admin. of the Est. of
Bennett, David
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Blackburn, Margaret Ind. and as Adm'x for
Est. of Blackburn, Robert W.
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Blake, John
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Bleau, Robert
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Boehler, Duane H.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Boynton, M. Aaron
Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Ste. 500
Philadelphia, PA 19103

Briscoe, Billy Jason
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Brooks, Lionel
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Bruchhauser, Anton
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Brummett, Richard
Stephen Wood, Esq.
Wylder Corwin Kelly LLP
207 E. Washington St., Ste. 102
Bloomington, IL 61701

Burke, John
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Burke, Stephen E.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Burrell, Kenneth
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Bursmith, William and Judith
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Bush, Lawrence P.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Buuck, Donald
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Chadd, Jimmie
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Chamberlain, Paul
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

**PERSONAL INJURY CLAIMANTS**

Cochran, Thomas
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Comforti, Angelo and Phyllis
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Connelly, Michael
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Contonio, Peter
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Cote, Richard A.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Cupp, James
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Curtin, Lawrence
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

DeLeo, John
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

DeLeo, John
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Deni, John
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Dickson, Jonas
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

DiGeronimo, Ralph
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

DiGeronimo, Ralph
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Dion, John
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

DiStefano, Anthony
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Dixon, Towanna, Admin. of the Est. of Dixon, Franklin
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Donohue, David P.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Donovan, Harry
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Dority, Bonnie, K. Ind. & Pers. Rep. for the Est. of Dority, David A.
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Doskocil, Douglas
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Edwards, Timothy G.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Eliopoulos, Theano
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Ernst, Melvin E.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Fahlbeck, Robert
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Faulds, Dale T., Jr.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Flanders, Blaine
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Fleming, Donald
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Flippo, Penny
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Flores, Louis
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Formica, Charles
Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Ste. 500
Philadelphia, PA 19103

## PERSONAL INJURY CLAIMANTS

Fournier, Henry
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

French, Donald
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Fried, Margaret
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Fulmer, Ruth A., Admin. of the Est. of Fulmer, Wayne
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Galotti, Nicholas
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Gaudet, Robert
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Germain Jr., Fred A.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Gibson, Douglas B.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Gifford, Henry
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Giuliano, Anthony J.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Gorman, Dorothy, Exec. of the Est. of Gorman, James
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Gowac, Valerie as Ex'x of the Est. of Gilson, Ralph and Gilson, Marlene as SVV SP
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Groef Vander, Christian
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Guerrette, Jr., Alphonse
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Gulczewski, Valerian J., Jr.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Handfield, Charlotte, Exec. of the Est. of Tighe, Bernard
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Handfield, Charlotte, Exec. of the Est. of Tighe, Patricia
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Haney, Williams, Susan, Rep. of the Est. of Williams, John. S
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Hankey, Robert C., Exec. of the Est. of Hankey, Robert, D.
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Hardy, Joe L.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Harkreader, Donald L.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Harrington, Eleanor, Exec. of the Est. of Harrington, Walter
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Harris, Terry
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Harwell, Robert A.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Healey, James
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Heaton, Stanley
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Hefter, George
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Hegler, Jean
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Henni, Gladys Charlene, Pers. Rep. of Est. of Henni, Carl
Eric B. Abramson, Esq.
Serling & Abramson, P.C.
280 North Old Woodward Ave, Ste 406
Birmingham, MI 48009

Herrick, John
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

## PERSONAL INJURY CLAIMANTS

Hickey, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Hobbs, William
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Hockenberry, John W., III
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Hofmann, Marlene, Pers. Rep. of Est. of
Hofmann, Joseph Michael
Eric B. Abramson, Esq.
Serling & Abramson, P.C.
280 North Old Woodward Ave, Ste 406
Birmingham, MI 48009

Holczer, John D.
Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Ste. 500
Philadelphia, PA 19103

Hollingsworth, Willie
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Howard, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St
Boston, MA 02110

Hughes, Mary C., Admin. of the Est. of
Hughes, Robert
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Hunt, James
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Hunter, Richard
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Huster, Susanne, T. Exec. of the Est. of
Pufko, Michael
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Huyard, James
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Jackson, Steven
Stephen Wood, Esq.
Wylder Corwin Kelly LLP
207 E. Washington St., Ste. 102
Bloomington, IL 61701

Jacobs, Lloyd J.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Jasionis, Michael
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Johnson, Ellen Beverly
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Jordan, Alfred
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Kaiser, George
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Karbowski, Charles
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Keleher, Robert
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Kelsey, Maureen, Pers. Rep. of Est. of Flynn,
John F.
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Kermon-Mazzone, Nancy, Exec. of the Est. of
Kermon, Robert
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Kilburg, Michael, Pers. Rep. of Est. of
Kilburg, Cheryl
Eric B. Abramson, Esq.
Serling & Abramson, P.C.
280 North Old Woodward Ave, Ste 406
Birmingham, MI 48009

Kilker, John
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Kletschka, Ricky R.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Knight, Wallace
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Knox, Thomas
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Knuppe, Keith J.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Korpak, Michael
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Kowal, Joseph
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

## PERSONAL INJURY CLAIMANTS

Kuc, William
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Kwiatkowski, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Learmond, Thomas
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Lewis, Theresa
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Littlefield, Joan Marie, Exec. Of the Est. of Littlefield, Jerome
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Locher, Robert G., Pers. Rep. Est. of Locher, Robert S.
Eric B. Abramson, Esq.
Serling & Abramson, P.C.
280 North Old Woodward Ave, Ste 406
Birmingham, MI 48009

Long, Mark
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Long, Melva Elaine
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Lorica, Romeo A.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Lowery, Doyle R.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Ludford, William H.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Mack, Russell K.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

MacMurray, Rita
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Mason, John E., Jr.
David J Butler, Esq.
Rogers Patrick Westbrook & Brickman
P.O. Box 3088
Aiken, SC 29804

Mayes, James L.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

McCauley, Owen
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

McGee, Gary
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

McHenry, Robert
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Meeler, Edward Hobson
David J Butler, Esq.
Rogers Patrick Westbrook & Brickman
P.O. Box 3088
Aiken, SC 29804

Mehrl, Stefan, Jr.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Milhiser, Myron O. and Crovo, Betty
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Miller, Dana
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Mini, Catherine, A., Exec. of the Est. of Mini, Joseph
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Motta, Joseph
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Mullally, Stephen
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Murrin, Edward
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.,
Boston, MA 02110

Neal, John
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Newtown, Milton
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Nickerson, Paul W.
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Nybeck, Richard
Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Ste. 500
Philadelphia, PA 19103-5446

## PERSONAL INJURY CLAIMANTS

Oberly, James
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Oponik, John
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Orne, Ralph E.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Overton, Robert
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Paquette, Alvin
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Parks, Neal
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Patton, Richard, F., Exec. of the Est. of Patton, David
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Peabody, Carrie, Pers. Rep. of the Est. of Brewer, Gary
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Perkins, John
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Perkins, Tristan Indep. Adm'x of Succ'sn of the Decd. Perkins, Geraldine R.
Colin Mieling Esq.
Schroeter Goldman & Bender
401 Union Street, Ste. 3400
Seattle, WA 98101

Perry, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Pierce, Ronald L.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Pollei, Harley J., "Jack"
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Ponte, Francis
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Poole Jr., James C.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Porter, Stevan J., Exec. of the Est. of Porter, Helen
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Pressley, Odessa, Admin. of the Est. of Pressley, James
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Preston, Marian, Admin. of the Est. of Swartchick, Stephen
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Price, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Pritchette, Patricia, Exec. of the Est. of Hayes, Ronald
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Quintal, Jeanne
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Raffi, Enos
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Ramsey, Kenneth
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Rhodes, Judy "Diane"
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Rogers, William, III
Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Ste. 500
Philadelphia, PA 19103-5446

Rosenberg, Wilbert
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Rosenman, Stephen
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Rotondi, Paul
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Roy, Donald
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Rumble, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

**PERSONAL INJURY CLAIMANTS**

Rush, James
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Russell, Harry A.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Ruth, William
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Sadowski, Walter
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Schmidt, Paul E.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Schneider, Richard A.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Schuring, James M.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Scolamiero, Paul
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Sears, Gerald
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Sevilla, Dorothy A.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Share, Valentine
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Singiser, William
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Sink, Dennis
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Skinner, Wesley R.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Smith, Ralph
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Snow, Kathy, Admin. of the Est. of Snow, Robert
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Sokso, Carol, Admin. of the Sokso, Donald
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Somma, Patricia, Exec. of the Somma, Frank
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Sommers, Patricia, Admin. of the Sommers, William
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Stablein, Otto
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Stewart, Richard J.
David J Butler, Esq.
Rogers Patrick Westbrook & Brickman
P.O. Box 3088
Aiken, SC 29804

Stratton, Craig A.
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Sullivan, John L.
Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Ste. 500
Philadelphia, PA 19103-5446

Swahl, Emily Vera Ex'x of the Est. of Swahl, William J.
Benjamin P. Shein, Esq.
Shein Law Center
121 S. Broad St., 21st Flr.
Philadelphia, PA 19107

Taranto, Roger N.
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Theroux, Cecile
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Theroux, Cecile
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Theroux, Cecile
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Thompson, George
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Tolbert, Albert
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

## PERSONAL INJURY CLAIMANTS

Travers, Edward F.
Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Ste. 500
Philadelphia, PA 19103-5446

Turner, Gary M.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Tursellino, Dolores
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Varallo, Joseph
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Varnadore, Jerald E.
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Veiga, Mario
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Wagner, Richard (Est.)
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Walcott, Gregory
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Walczyk, Elaine, Pers. Rep. of Est. of Walczyk, Richard
Eric B. Abramson, Esq.
Serling & Abramson, P.C.
280 North Old Woodward Ave, Ste 406
Birmingham, MI 48009

Wasson, Joanne, Admin. of the Est. of Wasson, Joseph
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Williams, Richard
Michael C. Shepard, Esq.
Shepard O'Donnell
160 Federal St 13th Flr.
Boston, MA 02110

Winograd, Daniel H., as Pers. Rep. of Est. of Flashner, George & Marjorie
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Wood, Herbert
Courtney Gregory, Esq.
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Wright, Sharon, Admin. Of the Est. of Wright, Gerald
Cary Sandler, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. 15th Street, Ste. 802
Philadelphia, PA 19102

Yamada, James
Justine Delaney, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Ziettlow, Sharon, Ind. and on behalf of all heirs of Ziettlow, James A.
Ethan Early, Esq.
Early, Lucarelli, Sweeney & Meisenko
360 Lexington Ave, 20th Flr.
New York, NY 10017

Shirley, Howard
735 Bramblewood Heights Rd.
Marietta, OH 45750

## OTHER CREDITORS AND PARTIES-IN-INTEREST

Adler Cohen, Harvey, Wakeman & Guekguezian, LLPA. Bernard Guekguezian, Esq.
75 Federal Street, 10th Floor
Boston, MA 02110

Bice Cole Law Firm, P.L.
Neil A. Covone, Esq.
99 Ponce de Leon Blvd., Ste. 710
Coral Gables, FL 33134

Blue Williams, LLP
Paul Palermo, Esq.
3421 North Causeway Blvd., Ste. 900
Metairie, LA 70002

Bonezzi, Switzer, Polito & Hupp Co., LPA
James Kline, Esq.
1300 East 9th Street, Ste. 1950
Cleveland, OH 44114

Brandywine Group of Insurance
Sandra Hourahan
510 Walnut Street, 11th Floor
Philadelphia, PA 19106

Century Indemnity Company and PEIC**
Irve J. Goldman, Esq. & Kristin B. Mayhew, Esq.
PULLMAN & COMLEY
850 Main Street, 8th Floor
P.O. Box 7006
Bridgeport, Connecticut 06601-7006

Century Indemnity Company and PEIC**
Mark D. Plevin
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111

Century Indemnity Company and PEIC
Rachel A. Jankowski**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Cook Law Firm PLLC
Campbell William Rankin, Esq.
115 Broadway, Ste. 1602
New York, New York 10006

John Crimando, Esq.
Crimando Law
55570 Broughton Road
Macomb, MI  48042

Deutsch Kerrigan, LLP
Jennifer E. Adams, Esq.
755 Magazine Street
New Orleans, LA. 70130

Douglas Denham Buccina Kennedy-Jensen & Bell
Christine Kennedy-Jensen, Esq.
103 Exchange Street
PO Box 7108
Portland, ME 04112-7108

Foley Mansfield
Joanna Salmen, Esq
250 S Marquette Avenue, Ste. 1200
Minneapolis, MN 55401

Franden, Farris, Quillin, Goodnight & Roberts
Jason Goodnight, Esq.
900 Williams Center Tower II
2 West 2nd Street
Tulsa, OK 74103

Gardner Denver, Inc.
Henry P. Baer, Jr., Esq.**
Finn Dixon & Herling LLP
Six Landmark Square
Stamford, CT 06901

Hawkins, Parnell & Young, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Hermes, Netburn, O'Connor & Spearing, P.C.
Kevin J. O'Connor
265 Franklin Street, Ste. 701
Boston, MA 02110

Marks, O'Neill, O'Brien & Courtney, P.C.
Megan Mantzavinos, Esq.
Paul Smyth, Esq.
600 Baltimore Avenue, Ste. 305
Townson, MD 21204

Maron Marvel Bradley & Anderson LLC
Todd Ogden, Esq.
2001 Bryan Street, Ste. 1300
Dallas, TX 75201-3008

McGivney, Kluger, Clark & Intoccia, P.C.
Jonathan Ciottone, Esq.
243 Sparta Avenue
Sparta, NJ 07871

Moran Reeves & Conn P.C.
Reeves, Eric Esq.
1211 East Cary Street
Richmond, VA 23219

Nelson Mullins Riley & Scarborough, LLP
B. Keith Poston, Esq.
P.O. Box 11070
Columbia, SC 29211

O'Melveny & Myers LLP
Tancred V. Schiavoni, Esq.
7 Times Square
New York, NY 10036

Post & Schell, P.C.
Edward A. Smallwood, Esq.
One Oxford Centre
301 Grant Street, Ste. 3010
Pittsburgh, PA 15219

Reger Rizzo & Darnall LLP
Paul D. Sunshine, Esq.
1521 Concord Pike, Ste. 305
Brandywine Plaza West
Wilmington, DE 19803

Resolute Management Inc.
Darilyn Michaud, Account Manager
125 High Street, 10th Floor
Boston, MA 02110

Ruggeri, Parks Weinberg LLP
James P. Ruggeri, Esq.
1875 K Street NW, Ste. 600
Washington, DC 20006-1251

Steven K. Hisaka, Esq.
733 Bishop Street, Ste. 1520
Honolulu, HI 9681

Stoll Keenon Ogden PLLC
Susan Mehringer, Esq.
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204

Swartz Campbell, LLC
Kevin Ward, Esq.
Koppers Building
436 Seventh Avenue, 7th and 8th Flrs.
Pittsburgh, PA 15219

**OTHER CREDITORS AND PARTIES-IN-INTEREST**

| | | |
|---|---|---|
| The Hartford<br>Ollie Harton, Esq.<br>One Hartford Plaza<br>Hartford, CT 06155 | Williams Kastner & Gibbs PLLC<br>Shawn Rediger, Esq.<br>601 Union Street, Ste. 4100<br>Seattle, WA 98101-2380 | Wilson Elser Moskowitz Edelman & Dicker<br>Gardiner McKleroy, Esq.<br>655 Montgomery Street, Ste. 900<br>San Francisco, CA 94111 |
| Wilson Elser Moskowitz Edelman & Dicker<br>Bill Hake, Esq<br>Nick Martin, Esq.<br>7 Giralda Farms<br>Madison, NJ 07940 | Winget, Spadafora & Scwartzberg, LLP**<br>Meghan K. Daley, Esq.<br>Brian Palmieri, Esq.<br>201 Broad Street, 10th Floor<br>Stamford, CT 06901 | Holley L. Claiborn on behalf of U.S. Trustee<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 |

**denotes service by CM/ECF.