UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | (Chapter 7) |
| | : | |
| THE NASH ENGINEERING COMPANY, | : | CASE NO. 21-50644-JAM |
| | : | |
| Debtor. | : | October 2, 2023 |
| | : | |
| | : | |

**TRUSTEE'S PRELIMINARY REPORT ON COMPLIANCE WITH
ORDER ESTABLISHING PROCEDURES FOR SERVICE
UPON PERSONAL INJURY CLAIMANTS**

On August 11, 2023, this Court entered its Order Granting in Part Motion for Order to Establish Procedures for Service Upon Personal Injury Claimants [ECF No. 244] (the "Order") establishing requirements for service of notices and pleadings in this case upon asbestos personal injury claimants listed in the Debtor's filed schedules ("Scheduled PI Claimants"). Thereafter, the Court issued a Supplemental Order requiring proofs of claim filed in compliance with the Order to be filed electronically. In addition to serving the Order on all counsel to the Scheduled PI Claimants, the Trustee (through counsel) has communicated with them to underline the urgency of complying with the Order, and responded to dozens of emails and phone calls for assistance with compliance. As of the date of the filing of this Preliminary Report, a total of 1,539 claims have been filed. During the period from entry of the Order through the compliance deadline of September 29, 2023, established by the Order, approximately 1,422 additional proofs of claim were filed, almost all of them for personal injury claimants in response to the Order.[1] In addition, the Trustee has been furnished the names and addresses of approximately 156 Scheduled PI

---

[1] The Trustee is in the process of determining how many of the proofs of claim are for Scheduled PI Claimants. A significant number of the new claims are for claims that were not yet the subject of pending litigation as of the Debtor's chapter 7 filing and therefore were not individually known to the Debtor so as to be included in the Debtor's schedules.

Claimants so that, pursuant to the Order, they can be served directly rather than through counsel. As has been the Trustee's practice following the issuance of the Order, the Trustee expects to file by Wednesday, October 4, 2023, an Amended Service List updated through the preceding Friday, September 29, 2023, identifying personal injury claimants to be served at an address listed on a proof of claim for such claimant, or such claimant's direct address. The Trustee is also in the process of preparing a Compliance Report that will list each Scheduled PI Claimant with a notation concerning whether and how compliance with the Order has been achieved.

Despite the express terms of the Order and the Trustee's efforts to obtain compliance as to all Scheduled PI Claimants, it is expected that the Compliance Report will identify a significant number as to which compliance has not yet been accomplished. The Trustee is committed to pursuing compliance with the Order, and would welcome a discussion with the Court concerning appropriate next steps.

Respectfully submitted,

GEORGE I. ROUMELIOTIS, CHAPTER 7 TRUSTEE

By his counsel,

  /s/ *Taruna Garg*
Daniel C. Cohn, Esq. (*pro hac vice admitted*)
Taruna Garg, Esq. (ct28652)
Murtha Cullina LLP
107 Elm Street
Stamford, CT 06902
Telephone: (203) 653-5400
dcohn@murthalaw.com
tgarg@murthalaw.com